IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Heriberto Chavez; Evangelina Escarcega, as the legal representative of her son, Jose Escarcega; and Jorge Moreno,<br><br>        Plaintiffs,<br><br>    v.<br><br>Plan Benefit Services, Inc.; Fringe Insurance Benefits, Inc.; and Fringe Benefit Group.,<br><br>        Defendants. | Case No. 1:17-cv-659<br><br>**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs Heriberto Chavez, Evangelina Escarcega as the legal representative of Jose Escarcega, and Jorge Moreno ("Plaintiffs") hereby move for the above-captioned case to be certified as a class action. Plaintiffs' memorandum of law in support of this Motion will be filed under seal in accordance with Local Rule CV-5.2 and the Confidentiality and Protective Order entered in this case.  ECF No. 87.

Dated: April 8, 2019          Respectfully submitted,

                    By:    */s/ Nina Wasow*

                        Catha Worthman*
                        Nina Wasow*
                        FEINBERG, JACKSON, WORTHMAN & WASOW, LLP
                        2030 Addison Street, Suite 500
                        Berkeley, California 94704
                        Telephone: (510) 269-7998
                        Facsimile: (510) 269-7994

1

nina@feinbergjackson.com
catha@feinbergjackson.com

Danielle Leonard*
Eileen B. Goldsmith*
Megan Wachspress*
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
dleonard@altshulerberzon.com

Richard Burch
BRUCKNER BURCH PLLC
8 Greenway Plaza, Suite 1500
Houston, TX 77046
Telephone: (713) 877-8788
Facsimile: (713) 877-8065
rburch@brucknerburch.com

*Attorneys for Plaintiff*

*Admitted *Pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on April 8, 2019, I served a copy of Plaintiffs' Motion for Class Certification via the CM/ECF system on the following:

Matt Dow
Jonathan Neerman
JACKSON WALKER LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701
mdow@jw.com
jneerman@jw.com
lcummings@jw.com

Tess Ferrera
Al Holifield
HOLIFIELD, JANICH FERRERA PLLC
700 12TH NW, Suite 700
Washington, DC 20005
tferrera@holifieldlaw.com
rrachal@holifieldlaw.com

                                              */s/ Nina Wasow*